IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Lisa Biron

      v.      Cv. No. 1:16-cv-108

United States of America

APPEARANCE

 Enter my appearance as counsel for the United States in the above-entitled case.

          Respectfully submitted,

          Emily Gray Rice
          United States Attorney


          By: /s/ Seth R. Aframe
          Seth R. Aframe
          Assistant U.S. Attorney
          MA Bar No. 643288
          53 Pleasant Street
          Concord, NH 03301
          603 225-1552
          seth.aframe@usdoj.gov

Date: March 24, 2016

CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Appearance has forwarded via ECF upon Charles Keefe, Esq., counsel for Petitioner.

          /s/ Seth R. Aframe
          Seth R. Aframe, AUSA