UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LISA BIRON, )<br>)<br>        Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>        Respondent. ) | Cv. No.: 1:16-cv-108-PB |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER

       Petitioner has filed a Motion to Vacate under 28 U.S.C. § 2255. The government's response was due by February 23, 2017. Due to administrative error, the response date passed and counsel for the government was made aware of the date last week while away on vacation. Attorney Keefe is unable to assent to the filing of this motion at this time.

       Therefore, the government requests an additional 30 day extension to file an answer or otherwise respond in this matter.

                                      Respectfully submitted,

March 9, 2017                        EMILY GRAY RICE
                                      United States Attorney

                                      By: /s/ Seth R. Aframe
                                      Seth R. Aframe, Assistant U.S. Attorney
                                      Mass. Bar No. 643288
                                      53 Pleasant Street, 5th Floor
                                      Concord, NH 03301-3904
                                      (603) 225-1552
                                      seth.aframe@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this pleading has been served via ECF electronic filing upon Charles J. Keefe, Esq., counsel for the petitioner.

                           /s/ Seth R. Aframe
                           Seth R. Aframe
                           Assistant U.S. Attorney