UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lisa Biron

v.                                                            Civil No. 16-cv-108-PB

United States of America

**J U D G M E N T**

In accordance with the Order by Judge Paul Barbadoro dated October 2, 2017, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch, Clerk
United States District Court

Date: October 2, 2017

cc:   Charles J. Keefe, Esq.
      Seth R. Aframe, Esq.