**Lisa A. Biron**
Reg. No. 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

FILED

2018 MAR 12 A 11: 14

Clerk of Court
United States District Court
55 Pleasant Street, Room 110
Concord, NH 03301

March 6, 2018

Re: Change of Address

Dear Clerk:

Please note my change of address. Please also be advised, if this becomes relevant, that I was separated from all of my legal papers from January 30, 2018 through February 27, 2018.

Sincerely,

*Lisa Biron*

Lisa Biron



Name Lisa Bitsen
Federal Correctional Institut[ion]
PO 173

Unit D

12775-049

⇔12775-049⇔
Clerk Of Court
U.S. District Court
55 Pleasant ST
Room 110
Concord, NH 03301
United States

MINNEAPOLIS MN 554
06 MAR 2018 PM 1 T

03301+3941