# Cochecho Valley Mental Health

90 Washington Street    Suite 304    Dover, NH  03820
(603) 749-0992

Craig E. Stenslie, Ph.D.
Licensed Psychologist

Thomas F. Burns, Ph.D.
Licensed Psychologist

March 26, 2018

Dear Ms. Biron,

    I am in receipt of your letter are March 20, 2018. Please let me address your specific questions.

    You ask why I did not offer a specific diagnosis. As you yourself note, I was not hired for that purpose. For the purposes of the evaluation at the time, I did not see how speculating on a diagnosis was all that helpful and might even be something of a distraction. You ask how things would have been different if I was hired to investigate a mental health defense. Things would have been different in that I would probably not have accepted the referral in that I do not feel qualified enough to undertake such a specific charge.

    You ask about the possibility of obtaining a forensic evaluation at this point in time. I would refer you to my colleague, Eric Mart, Ph.D. of Portsmouth, New Hampshire (603) 373-8801. Dr. Mart is a forensic psychologist who is far more experienced in such matters than myself. If you are looking for someone geographically closer to you for a consultation, I would suggest that you contact the Minnesota Psychological Association as most state associations have referral services. I would expect that any forensic psychologist involved with your case at this time would want to review my evaluation as part of a thorough inquiry.

    I hope these responses are helpful. I wish you well.

*[signature]*

Thomas F. Burns, Ph.D.
Licensed Psychologist

Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

U.S.
DISTRICT OF NH
FILED

2018 APR -5  A 10: 57

Judge Paul Barbadoro
United States District Court
55 Pleasant Street, Room 110
Concord, NH 03301

March 30, 2018

Re:   Case No. 16-cv-108-PB

Dear Judge Barbadoro:

I have enclosed, for the record, a copy of a letter that I received from Dr. Burns wherein he explains that he did not offer a specific diagnosis, in sum, because he was not hired for that purpose and was not qualified to do so.

This is only one of the many deficiencies in my habeas proceeding. Please make this part of the record as I seek a certificate of appealability or, alternatively, permission to file a successive § 2255.

Sincerely,

Lisa Biron

Lisa Biron

Enclosure
Cc: Seth Aframe