UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 OCT -9 A 11: 32

Lisa A. Biron,
    Defendant-Appellant

v.

United States of America

Notice of Appeal
16-cv-108-PB

    Notice is hereby given that Lisa Biron hereby appeals to the United States Court of Appeals for the First Circuit the denial of her motion under 28 U.S.C. § 2255 entered on the 2nd day of October, 2017.

October 2, 2018
Date

Lisa Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification

    I certify that a copy of this notice was mailed to AUSA Seth Aframe firstclass postage prepaid on this date.

October 2, 2018
Date

Lisa Biron (#12775-049)