UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 16-cv-108-PB

2. TITLE OF CASE:   Lisa Biron v. United States of America

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **October 9, 2017**

8. DATE OF NOTICE OF APPEAL: **October 9, 2018**

9. FEE PAID or IFP : NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL: 18-1705

17. SPECIAL COMMENTS: