```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


Lisa Biron

       v.                                      No. 16-cv-108-PB

United States of America
```

## CLERK'S CERTIFICATE TO
## CIRCUIT COURT OF APPEALS

I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 9,10,16,18,19

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 11, 2018

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Vincent Negron, Deputy Clerk**

**Oct 11, 2018**

cc:
Lisa Biron, pro se
Counsel of Record