Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

DISTRICT OF NH
FILED
2018 DEC -3 P 12: 19

Clerk of Court
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

November 27, 2018

Re: <u>Biron v. United States</u>, 1:16-CV-108-PB

Dear Clerk:

On or about October 9, 2018 I filed a Motion to Extend Time to File an Appeal. The Government did <u>not</u> object, and on or about October 25, 2018 the Court ordered the Government to respond within 14 days.[1] By my calculation, the deadline for the Government's response was November 8, 2018.

Would you please, at your earliest convenience, provide an update regarding the status of this pending Motion.

Thank you for your attention to this matter.

Sincerely,

Lisa Biron

Cc: Seth Aframe

---

1  I was advised of the Court's 10/25/18 order requesting a response from the Government over the inmate telephone by a friend with access to PACER, and have not received any notice from the Court as I am an inmate without ECF access.

Name: Lisa Biron   Reg# 12775-049
Federal Correctional Institution Unit   D
P.O. Box
Waseca, MN 56093

MINNEAPOLIS MN 554
28 NOV 2018 PM 5 L

⇔12775-049⇔
Clerk Of Court
U.S. District Court
55 Pleasant ST
Room 110
Concord, NH 03301
United States

03301-394135