UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 DEC 10 P 12: 57

Lisa A. Biron,
    Defendant-Appellant

v.

Case No. 16-cv-108-PB

United States of America

## Motion to Strike Government's Untimely Response and to Reconsider and Amend Court's November 29, 2018 Order

On October 2, 2018 Ms. Biron mailed her Motion to Extend Time to File an Appeal. The Government did **not** object, and on October 25, 2018 this Court ordered the Government to respond within 14 days (by November 8, 2018).

On or about November 27, 2018, Ms. Biron caused an email to be sent to AUSA Seth Aframe inquiring about the Government's contravention of the Court's order to respond. Consequently, on November 28, 2018, the Government filed its response (20 days late).

On November 29, 2018, this Court denied Ms. Biron's Motion "for the reasons set forth in the government's response."

Wherefore, Ms. Biron moves the Court to strike the untimely response, address the arguments set forth in her Motion (ignored by the Government), and reconsider and amend its denial of her Motion, and grant such other relief as is just and equitable.

Respectfully submitted

12-6-2018
Date

*Lisa Biron*
Lisa Biron (12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification

I hereby certify that a copy of this Motion was mailed U.S. postage prepaid to AUSA Seth Aframe on this date.

12-6-2018
Date

*Lisa Biron*
Lisa Biron