UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2018 DEC 10 P 12:57

Lisa A. Biron,
 Defendant-Appellant

v.

United States of America

Notice of Appeal
16-cv-108-PB

 **Notice** is hereby given that Lisa Biron hereby appeals to the United States Court of Appeals for the First Circuit the denial of her Motion for Extension of Time to File an Appeal entered on the 29th day of November, 2018.

12-6-18
Date

Lisa Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification and Verification of Timely Filing

 I certify and hereby swear, under penalty of perjury, that this NOA was mailed firstclass U.S. mail postage prepaid to the NH District Court on this date by depositing said mail in the inmate legal mail system, and that a copy of same was mailed to AUSA Seth Aframe.

12-6-18
Date

Lisa Biron

## Orders on Motions
1:16-cv-00108-PB Biron v. USA
**CASE CLOSED on 10/02/2017**

ADMIN,APPEAL,CLOSED

### U.S. District Court

### District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 11/29/2018 at 10:17 AM EST and filed on 11/29/2018
**Case Name:**        Biron v. USA
**Case Number:**      1:16-cv-00108-PB
**Filer:**
**WARNING: CASE CLOSED on 10/02/2017**
**Document Number:**  No document attached

**Docket Text:**
**ENDORSED ORDER denying [17] Motion to Extend Time to file an appeal.** *Text of Order: I deny the motion for the reasons set forth in the government's response.* **So Ordered by Judge Paul J. Barbadoro.(vln)**


**1:16-cv-00108-PB Notice has been electronically mailed to:**

Charles J. Keefe    keefe@wbdklaw.com, hackney@wbdklaw.com

Seth R. Aframe    seth.aframe@usdoj.gov, maryellen.mcmahon@usdoj.gov, USANH.ECFCivil@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

**1:16-cv-00108-PB Notice, to the extent appropriate, must be delivered conventionally to:**