UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 16-cv-108-PB

2. TITLE OF CASE:  Lisa Biron v. USA

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Paul Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **November 29, 2018**

8. DATE OF NOTICE OF APPEAL: **December 10, 2018**

9. FEE PAID or IFP:   IFP

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL: Circuit Court of Appeals No. 18-1996