```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Lisa Biron

     v.                                              No. 16-cv-108-PB

United States of America


```
                       CLERK'S CERTIFICATE TO
                     CIRCUIT COURT OF APPEALS
```

    I,Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS: Appeal Cover Sheet (doc. no 24), Notice of Appeal (doc. no. 23), Endorsed Order denying Motion to Extend Time to File an Appeal (dated November 29, 2018).

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                            IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

**FCP KGN'L0N[ PEJ , Clerk**

**By: /s/ Vincent Negron, Deputy Clerk**

**Dec 11, 2018**