UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Lisa Biron


          v.                                    No. 16-cv-108-PB

United States of America


SUPPLEMENTAL CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

        I, Vincent Negron, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following document constitutes the supplemental record on appeal to
the First Circuit Court of Appeals:

        DOCUMENT NUMBERED: [9] Order denying Petitioner's Motion to
        Vacate AND declining to issue **CERTIFICATE OF APPEALABILITY**, dated
        October 2, 2017.

        The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified Supplemental Record and the
certified copy of the docket entries.


                              IN TESTIMONY WHEREOF, I hereunto
                              set my hand and affix the seal
                              of said Court, at Concord, in
                              said District, on this day,


                              **FCPIGN'I0N| PEJ , Clerk**


                              **By: /s/ Vincent Negron, Deputy Clerk**
                              **Feb 08, 2019**