# United States Court of Appeals
## For the First Circuit

No. 18-1996

LISA BIRON,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Howard, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: May 2, 2019

Since time limits in F.R.A.P. 4(a) are jurisdictional and not subject to equitable exceptions, Bowles v. Russell, 551 U.S. 205, 214 (2007), this court lacks jurisdiction to hear this appeal.

Dismissed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lisa Biron
Seth R. Aframe