# United States Court of Appeals
## For the First Circuit

———————————

No. 18-2226

LISA BIRON,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

———————————

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered: May 2, 2019

Since the government was a party to the habeas proceeding, appellant had 60 days from the entry of judgment to appeal that proceeding and another 30 days after to seek an extension of the time to appeal.  <u>See</u> F.R.A.P. 4(a)(5)(A) (a district court may extend the time for filing a notice of appeal if, <u>inter</u> <u>alia</u>, "a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires").  Since her motion for an extension of time to file an appeal was filed after this period, it was properly denied.

<u>Affirmed</u>.  1st Cir. Loc. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Lisa Biron
Seth R. Aframe