FILED - USDC -NH
2021 APR 15 PM 12:26

United States District Court
District of New Hampshire

United States of America

v.                                    Case no. 16-CV-108-PB

Lisa Biron,
    Movant

## Motion to Seal Order

Movant, Lisa Biron, hereby requests this Court seal its October 2, 2017 Order (1:16-cv-00108-PB, Doc 9, pp. 1-22) for the compelling reasons set forth in her accompanying memorandum of law.

Respectfully submitted

*Lisa Biron*

4/12/21
Date

Lisa Biron #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093