FILED - USDC -NH
2021 APR 15 PM 12:27

United States District Court
District of New Hampshire

United States of America

v.                               Case no. 16-CV-108-PB

Lisa Biron,
    Movant

## Declaration of Lisa Biron

I, Lisa Biron, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1. I am serving a 480 month sentence for crimes involving my minor daughter.

2. I was convicted of transportation of a minor to engage in criminal sexual conduct, production of child pornography, and possession of child pornography.

3. I am presently housed in general population is FCI Waseca, MN.

4. Upon information and belief, the visual depictions that form the basis of counts 2 through 7 are somewhere in a vault in the custody of the United States, secured from public access.

5. The Court, in its October 2, 2017 Order, Opinion

1

no. 2017, D.N.H. 211 (ECF Doc 9, pp. 1-22) ("Order") denying my motion under § 2255, recounted in detail the content of the visual depictions.

6. The images were viewed during trial by the jury, court, and lawyers, but were not on display to the public in the courtroom.

7. This Court's Order in the only place in the public record that these salacious and lascivious details are published.

8. This Order is available to the public on PACER.

9. This Order is, likewise, available to all federal inmates via the LEXIS database on the federal Bureau of Prisons' electronic law library.

10. These details are embarrassing to my daughter who is depicted in these images.

11. My daughter expressed her concerns about this to the Court and FBI agent during the time of trial.

12. The descriptions in this Order pose a safety and security risk to me and other inmates at the prison.

13. The descriptions in this Order pose a threat to the safety of staff at the prison.

14. On April 11, 2021, at approximately 12:00 p.m., a loud disturbance, which almost became a physical brawl ensued on my housing unit. This occurred because the details in the Order became known, and some inmates came to my defense against others who tried

to start trouble.

15. A similar situation occurred while I was housed at FMC Carswell, TX, just before my transfer in January 2018.

Executed on the 11th of April 2021

*Lisa Biron*
Lisa Biron