FILED - USDC -NH
2021 APR 15 PM 12:26

United States District Court
District of New Hampshire

United States of America

v.                                    Case no. 16-CV-108-PB

Lisa Biron,
    Movant

## Certificate of Service

Assistant United States Attorney Seth Aframe was served via ECF Notice of Docket Activity.

*Lisa Biron*
Lisa Biron

MON 12 APR 2021
PM 3

7020 0640 0000 9699 2000

Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

United States District Court
District of New Hampshire
55 Pleasant Street
Concord, NH 03301-3941